**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **Y.R.V.** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26-cv-1210-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER,** | : | |
| **Respondent.** | : | |
| | : | |

## ORDER TO SHOW CAUSE

The Court received Petitioner's most recent application for habeas corpus relief under 28 U.S.C. § 2241 on September 23, 2026 (ECF No. 1), accompanied by Petitioner's motion to proceed *in forma pauperis* ("IFP") (ECF No. 2). As Petitioner's motion demonstrates that he cannot pay the $5.00 filing fee, the Court **GRANTS** the motion to proceed IFP.

This case is not Petitioner's only pending matter before the Court. Petitioner has another habeas case regarding his detention at Stewart Detention Center that remains open and which the Respondent has moved to dismiss. *See Y.R.V. v. Warden,* 4:26-cv-780-CDL-CHW (M.D. Ga., May, 5, 2026) (*Y.R.V. II*[1]). Because Petitioner's application in this case involves the same detention challenged in *Y.R.V. II*, Petitioner is **ORDERED** to **SHOW CAUSE**, by October 15, 2026, why this action should not be dismissed as duplicative of his pending habeas case.

**SO ORDERED**, this 25th day of September, 2026.

s/ Charles H, Weigle
Charles H. Weigle
United States Magistrate Judge

[1] Counting the above-styled case, Petitioner has filed 3 habeas applications concerning his present detention. Case No.: 4:26-cv-780-CDL-CHW was the second in that sequence.