**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **Y.R.V.** | : | |
| **Petitioner,** | : | |
| **v.** | : | **Case No. 4:26-cv-1210-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER,** | : | |
| **Respondents, *et al.*** | : | |

**ORDER**

The Court received Petitioner's most recent application for habeas corpus relief under 28 U.S.C. § 2241 on September 23, 2026. (ECF No. 1). Because Petitioner has another pending habeas case, the Court ordered Petitioner to show cause why the above-styled case should not be dismissed as duplicative. (ECF No. 4). In response, Petitioner filed a motion to strike or cancel his duplicative petition, which was docketed as a motion to dismiss. (ECF No. 6). The Court construes the docketed motion to dismiss as a voluntary dismissal and hereby **GRANTS** the motion.

**SO ORDERED**, this 28th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge